# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   CRAIG A. DISHMAN & LOUVEANGER J. DISHMAN                    Case Number: 05-73845
856 HASKELL AVENUE                  SSN-xxx-xx-9548 & xxx-xx-4657
ROCKFORD, IL  61103

| | | |
|---|---|---|
| Case filed on: | 8/1/2005 |
| Plan Confirmed on: | 9/30/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,280.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  | | | | | |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | | | | | |
| 015 | SBC AMERITECH CONSUMER IL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  | | | | | |
| 999 | CRAIG A. DISHMAN | 0.00 | 0.00 | 168.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 168.00 | 0.00 |
|  | | | | | |
| 023 | ROBERT FUNKHAUSER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | | | | | |
| 001 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JEFFERSON CAPITAL SYSTEMS, LLC | 867.01 | 867.01 | 90.35 | 0.00 |
| 003 | BELOIT MEMORIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BMG MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CONSUMER SERVICE DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROCKFORD MERCANTILE AGENCY INC | 1,155.00 | 1,155.00 | 120.35 | 0.00 |
| 008 | ILLINOIS STUDENT ASSISTANCE COMM | 13,129.02 | 13,129.02 | 1,368.05 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCI COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 6,418.10 | 6,418.10 | 668.76 | 0.00 |
| 012 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SBC CORPORATION | 2,693.06 | 2,693.06 | 280.61 | 0.00 |
| 017 | SBC MIDWEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | T-MOBILE | 527.95 | 527.95 | 55.01 | 0.00 |
| 021 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | WARRIOR INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MIDWEST TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 24,790.14 | 24,790.14 | 2,583.13 | 0.00 |
|  | | | | | |
|  | Grand Total: | 26,990.14 | 26,990.14 | 4,951.13 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $4,951.13 |
| Trustee Allowance: | $328.87 |
| Percent Paid Unsecured: | 10.42 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan